IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
DIVISION

GREGORY DECKMAN,                    )
                                    )        JUDGMENT IN A CIVIL CASE
              Plaintiff,            )
                                    )
vs.                                 )        Case No. 06-0438-CV-W-ODS
                                    )
MICHAEL J. ASTRUE ,                 )
Commissioner of Social Security,    )
              Defendant.            )
_____      **Jury Verdict.**  This action came before the Court for a trial by jury.  The
             issues have been tried and the jury has rendered its verdict.

__X___       **Decision by Court.**   The issues have been considered and a decision has
             been rendered by the Court.

      **IT IS ORDERED AND ADJUDGED affirming final decision of Commissioner of
Social Security.**

                                    PATRICIA L. BRUNE, Clerk




DATE: 03/26/2007              _/s/_____
                                    Eva Will-Fees